PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4836
    Facsimile: (415) 744-0134
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA LOAIZA,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:23-cv-01964-CKD<br><br>STIPULATION AND ORDER FOR EXTENSION TO FILE DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT |

    The parties stipulate through counsel that Defendant, the Commissioner of Social Security (the "Commissioner"), shall have an extension of time of 30 days from today's date to file a supplemental Certified Administrative Record. Counsel for Plaintiff advised counsel for Defendant of an error in the administrative record filed on November 17, 2023 (Dkt. 10). Specifically, the administrative hearing on October 13, 2022, was interrupted by a fire alarm (AR 286-95). The transcript, as filed, does not contain the testimony after the hearing resumed.

    The Commissioner asks that the Court extend this case as requested, with the understanding that if the supplemental certified administrative record becomes available to the Office of the General Counsel before the requested date, the record will be filed earlier if feasible.

    WHEREFORE, Defendant requests until January 17, 2024, to file the certified administrative record.

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |
| DATE: December 18, 2023 |   | */s/ Megan Bright*\*<br>Megan Bright<br>Attorney for Plaintiff<br>(as approved via email) |
|   |   | PHILLIP A. TALBERT<br>United States Attorney |
| DATE: December 18, 2023 | By | */s/ Michael K. Marriott*<br>MICHAEL K. MARRIOTT<br>Special Assistant United States Attorney |
|   |   | Attorneys for Defendant |

## ORDER

Pursuant to stipulation, it is so ordered.

Dated: December 20, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2