```
PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
EDMUND DARCHER, WSBN 42906
Special Assistant United States Attorney
        6401 Security Boulevard
        Baltimore, Maryland 21235
        Telephone: (206) 615-2662
        E-Mail: Edmund.Darcher@ssa.gov
Attorneys for Defendant
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA LOAIZA, | Case No.: 2:23-cv-01964-CKD |
| Plaintiff, | STIPULATION AND ORDER FOR AN EXTENSION OF TIME |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from February 16, 2024, up to and including March 18, 2024.  This is the Defendant's first request for an extension.

    Defendant requests this extension in good faith and with good reason.  The instant case was recently reassigned to a new attorney for briefing under the supervision of the undersigned counsel for the Commissioner.  Reviewing the new attorney's brief will require a significant amount of time and work in addition to the work required on the undersigned's own cases. Defendant's undersigned counsel currently has another district court brief due the same day.  In addition to briefing cases and training and mentoring new attorneys, the undersigned counsel for

the Commissioner has been tasked with additional duties specific to answering new complaints, with 19 such assignments he has completed for the prior two weeks, which have resulted in four voluntary remands.  He therefore seeks an extension to allow more time to review the record in this case and respond appropriately to Plaintiff's Motion for Summary Judgment.

        The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                      Respectfully submitted,

Dated:  Feb. 9, 2024                  /s/  Megan Bright*
                                      (*as authorized via e-mail on Feb. 8, 2024)
                                      MEGAN BRIGHT
                                      Attorney for Plaintiff

Dated: Feb. 9, 2024                 PHILLIP A. TALBERT
                                      United States Attorney
                                      MATHEW W. PILE
                                      Associate General Counsel
                                      Social Security Administration

                          By:     /s/  Edmund Darcher
                                      EDMUND DARCHER
                                      Special Assistant U.S. Attorney

                                      Attorneys for Defendant

                                               **ORDER**

        Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including March 18, 2024, to respond to Plaintiff's Motion for Summary Judgment.

Dated:  February 13, 2024

                                        _____
                                        CAROLYN K. DELANEY
                                        UNITED STATES MAGISTRATE JUDGE